Ruth COOLBETH

v.

Aram K. BERBERIAN.

No. 80–205–Appeal.

Supreme Court of Rhode Island.

May 22, 1980.

Alden C. Harrington, Providence, Gary Powers, Woonsocket, Rhode Island Legal Services, Inc., for plaintiff.

Aram K. Berberian, pro se.

### ORDER

This case is remanded to the Superior Court in order that said court may consider plaintiff's motion to modify the record on appeal. Following a decision on plaintiff's motion, the case shall be returned to this court forthwith.

David E. COSTA

v.

CITY COUNCIL OF EAST PROVIDENCE et al.

No. 80–222–Appeal.

Supreme Court of Rhode Island.

May 22, 1980.

George L. Santopietro, Providence, for petitioner.

Orlando A. Andreoni, City Sol., East Providence, for respondents.

### ORDER

The petition for writ of certiorari and motion for stay are denied.

Manuel COSTA et al.

v.

Richard GAGNON et al.

No. 80–162–M.P.

Supreme Court of Rhode Island.

May 22, 1980.

Leary & Holland, Jeremiah R. Leary, Corcoran, Peckham & Hayes, Kathleen Managhan, Town Sols., Tiverton, for petitioners.

Thomas R. Brady, Inc., Tiverton, for respondents.

### ORDER

The petition for writ of certiorari is granted.